## Percy N. Lawrence, Appellant, v. Layton O. Sherman et al., Appellees.

### Gen. No. 23,858.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed May 13, 1918.

### Statement of the Case.

Bill by Percy N. Lawrence, complainant, against Layton O. Sherman and others, defendants, to enjoin the sale by Sherman and the use of a valuable process for refining oil, which Lawrence had agreed as broker with Sherman and certain other defendants to sell, by the purchasers, and to procure an accounting of royalties, upon which his commission was based. From an order dismissing the bill for want of equity, complainant appeals.

OSCAR M. WOLFF and BERNARD NAUMBURG, for appellant.

W. E. R. BYRNE and ALLEN G. MILLS, for appellees.

MR. JUSTICE McSURELY delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

BROKERS—*when sale of secret process to purchaser not procured by broker may not be enjoined.* A broker who has knowledge of the existence of a secret process for refining oil and undertakes as a broker to bring the owners and a prospective licensee together, the principals having the right to sell to another than a licensee procured by the broker without liability for payment of compensation, has no interest in the process, even though his compensation is to be based upon a certain percentage of the royalties arising from the license, and consequently cannot enjoin the sale of the process to a purchaser not procured by him.